

Friday, August 1, 2014

No. 14–0712/AR.   U.S. v. Annzala L. Pitt.   CCA 20120842.   Notice is hereby given that a petition for new trial and supporting brief were filed under Rule 29 on this date. Appellee will file an answer under Rule 29(c) on or before September 2, 2014.

No. 14–0679/AF.   U.S. v. Charles L. Allen.   CCA 38159.   On consideration of the motion filed by Protect Our Defenders to extend time to file a motion and proposed brief of Amicus Curiae concerning Appellant's petition for grant of review, it is ordered that said motion is hereby granted to August 7, 2014.